

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIFTH GENERATION COMPUTER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | Case No. 1:09-cv-2439 (JSR)<br><br>NOTICE OF APPEAL<br>BY FIFTH GENERATION<br>COMPUTER CORPORATION |

## NOTICE OF APPEAL

Notice is hereby given that Fifth Generation Computer Corporation in the above captioned case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Clerk's JUDGMENT, Docket No. 40, entered by the District Court on January 7, 2010 (which entered judgment in favor of defendant), and from all prior orders that produced the Clerk's JUDGMENT, including, without limitation, each of the following:

<u>Docket No. 39:</u>  Opinion and Order dated January 5, 2010 and entered by the District Court on January 6, 2010, which directed the Clerk of Court to Enter final judgment in favor of defendant; and

1

<u>Docket No. 28:</u>  Order dated August 31, 2009 and entered by the District Court on September 1, 2009, which construed the disputed terms.

Dated:  February 3, 2010

Respectfully submitted,

*Bradley Hulbert*
Bradley J. Hulbert
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL  60606
Tel:  (312) 913-2122
Fax:  (312) 913-0002
hulbert@mbhb.com

*Attorney for Plaintiff Fifth Generation Computer Corporation*